Same case below, 382 Fed. Appx. 540.

**No. 10-5912. Prince Kennedy, Petitioner v. Washington, et al.**

562 U.S. 941, 131 S. Ct. 358, 178 L. Ed. 2d 232, 2010 U.S. LEXIS 7221.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5913. Larry Johnson, Petitioner v. United States.**

562 U.S. 941, 131 S. Ct. 358, 178 L. Ed. 2d 232, 2010 U.S. LEXIS 7220,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 599 F.3d 339.

**No. 10-5918. Willie Curry Johnson, Petitioner v. United States.**

562 U.S. 941, 131 S. Ct. 359, 178 L. Ed. 2d 232, 2010 U.S. LEXIS 7329.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 379 Fed. Appx. 964.

**No. 10-5921. Luis Enrique Calderon-Quinonez, Petitioner v. United States.**

562 U.S. 941, 131 S. Ct. 359, 178 L. Ed. 2d 232, 2010 U.S. LEXIS 7160.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5927. Kenyatta Ahmad Brown, Petitioner v. United States.**

562 U.S. 941, 131 S. Ct. 360, 178 L. Ed. 2d 232, 2010 U.S. LEXIS 7260.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 373.

**No. 10-5928. Will Armstead, Petitioner v. John A. Palokovich, Superintendent, State Correctional Institution at Camp Hill, et al.**

562 U.S. 941, 131 S. Ct. 360, 178 L. Ed. 2d 232, 2010 U.S. LEXIS 7417.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-5932. Victor White, Petitioner v. United States.**

562 U.S. 941, 131 S. Ct. 360, 178 L. Ed. 2d 232, 2010 U.S. LEXIS 7423.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 307 Fed. Appx. 764.